IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUQUINTON STEVENSON,

    Petitioner,        No.  CIV S-11-1732 MCE DAD P

    vs.

F. CHAVEZ,

    Respondent.        ORDER

_____/

    Respondent has requested an extension of time to file a response to the petition for a writ of habeas corpus pursuant to the court's order of August 22, 2011.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's October 19, 2011 request for an extension of time (Doc. No. 12) is granted; and

    2. Respondent shall file a response on or before November 21, 2011.  Petitioner's traverse is due thirty days thereafter.

DATED: October 25, 2011.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
stev1732.111resp